# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN MCKILLOP, <br>     Plaintiff, <br><br> SOFIA TRAVAYIAKIS, <br>     Plaintiff, <br><br> BRIAN CAVANAUGH, <br>     Plaintiff, <br><br> RAVI PAHUJA, <br>     Plaintiff, <br><br> v. <br><br> MORTGAGE NETWORK, INC., <br> JAMES COMOSA, & ROBERT MCINNES, <br><br>     Defendants. | Civil Action <br> No. 23-cv-10728-PBS <br> No. 23-cv-10729-PBS <br> No. 23-cv-10730-PBS <br> No. 23-cv-10733-PBS |

## **SETTLEMENT ORDER OF DISMISSAL**

Saris, D.J.

On September 12, 2023, the Court was advised that the parties reached an agreement to resolve the claims asserted in four related actions pending before this Court, as listed in the above caption.

It is hereby **ORDERED** that all four actions are hereby **DISMISSED** without prejudice to the right of any party, upon good cause shown to re-open the action within sixty (60) days if settlement is not consummated.

                                                 By the Court,

                                                 Robert Farrell, Clerk

9/13/2023                             /s/ Clarilde Karasek
Date                                     Deputy Clerk